IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DESERT FOX CUSTOM RESTORATIONS, INC.,
a New Mexico Corporation,

      Plaintiff,

v.                                                                   No. 2:19-CV-01150-KRS-CG

CWS MARKETING GROUP, INC.,
a Virginia Corporation;

and

THE ACCURATE GROUP OF TEXAS, LLC,
a Texas LLC;

and

WESTCOR LAND & TITLE, INC.,
a Florida Licensed Insurance Co.,

      Defendants.

## **DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Accurate Group of Texas, LLC, states that it is a North Carolina limited liability company wholly owned by Accurate Group, LLC, which is itself a North Carolina limited liability company wholly owned by Accurate Group Holdings, LLC, which is a Delaware limited liability company wholly owned by Accurate Group Holdings, Inc., a Delaware corporation.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   /s/ Charles K. Purcell
    Charles K. Purcell
Attorneys for Defendant The Accurate Group of Texas, LLC
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone:  (505) 765-5900
kpurcell@rodey.com


We hereby certify that by means
of the CM/ECF system, we have
filed the foregoing and served it on

        J. Robert Beauvais
        P.O. Box 2408
        Ruidoso, N.M. 88345

        Mariposa Padilla Sivage
        P.O. Box 1945
        Albuquerque, N.M. 87103

        Michael P. Clemens
        P.O. Box 3170
        Albuquerque, N.M. 87190

this 18th day of February, 2020.

       /s/ Charles K. Purcell
Charles K. Purcell