IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DESERT FOX CUSTOM RESTORATIONS, INC.,
A New Mexico Corporation,

    Plaintiff,

v.                                       No. 2:19-cv-01150 KRS/CG

CWS MARKETING GROUP, INC., a Virginia Corporation;
THE ACCURATE GROUP OF TEXAS, LLC, a Texas LLC; and
WESTCOR LAND & TITLE INC., A Florida licensed Insurance Co.,

    Defendants.

## JURY DEMAND

       COMES NOW Defenant CWS Marketing Group, Inc. by and through its attorneys of record Butt Thornton & Baehr PC (Michael P. Clemens), and hereby demands a trial by a jury of six (6) persons in the above-entitled and numbered cause.

                                                      BUTT THORNTON & BAEHR PC

                                                      /s/ *Michael P. Clemens*
                                                      Michael P. Clemens
                                                      Attorneys for Defendant CWS Marketing
                                                      P.O. Box 3170
                                                      Albuquerque, NM  87190
                                                      (505) 884-0777
                                                      mpclemens@btblaw.com

I HEREBY CERTIFY that the foregoing was electronically filed through the Federal Court efiling system which caused the following counsel to be served by electronic means, and that a courtesy copy was emailed to counsel on the 19th day of February, 2020:

John R. Beauvais
Lincolnlawyer575@gmail.com

Charles K. Purcell
kpurcell@rodey.com

Mariposa Padilla Sivage
mps@sutinfirm.com

/s/ *Michael P. Clemens*
Michael P. Clemens