IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DESERT FOX CUSTOM RESTORATIONS, INC.
a New Mexico Corporation,

       Plaintiff,

                                                 2:19-CV-01150-KRS-CG

v.

CWS MARKETING GROUP, INC.
a Virginia Corporation;

and

THE ACCURATE GROUP OF TEXAS, LLC,
a Texas LLC;

and

WESTCOR LAND & TITLE, INC.,
A Florida Licensed Insurance Co.,

       Defendants.

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Westcor Land Title Insurance Company, incorrectly identified in the caption as Westcor Land & Title, Inc., states that it is a South Carolina domestic corporation that has no parent corporation and is not owned by any publically held corporation owning 10% more of its stock.

                                        Respectfully Submitted,

                                        SUTIN, THAYER & BROWNE

                                        By:   */s/ Mariposa Padilla Sivage*
                                               Mariposa Padilla Sivage
                                        P.O. Box 1945
                                        Albuquerque, NM 87103
                                        Telephone: (505) 883-3433
                                        Facsimile: (505) 855-9520
                                        mps@sutinfirm.com
                                        *Attorney for Defendant Westcor*

I hereby certify that a true and correct copy of the foregoing *Answer to Plaintiff's Complaint* was served, via the Court's CMECF system, to all counsel of record on the 19th day of February 21st, 2020.

By: ___*/s/ Mariposa Padilla Sivage*___
       Mariposa Padilla Sivage