IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DESERT FOX CUSTOM RESTORATIONS, INC.,
a New Mexico Corporation,

    Plaintiff,

v.                                           No. 2:19-CV-01150-KRS-CG

CWS MARKETING GROUP, INC.,
a Virginia Corporation;

and

THE ACCURATE GROUP OF TEXAS, LLC,
a Texas LLC;

and

WESTCOR LAND & TITLE, INC.,
a Florida Licensed Insurance Co.,

    Defendants.

## STIPULATION

For the reasons stated in Defendant The Accurate Group of Texas, LLC's Motion to Dismiss or Transfer for Lack of In Personam Jurisdiction or Improper Venue (Feb. 20, 2020) (Doc. 19), the parties hereby stipulate to the transfer of this action to the United States District Court for the Western District of Texas.

                                      J. ROBERT BEAUVAIS, P.A.

                                      By   /s/ J. Robert Beauvais
                                            J. Robert Beauvais
                                      P.O. Box 2408
                                      Ruidoso, New Mexico 88345
                                      (575) 257-6321
                                      Lincolnlawyers575@gmail.com
                                      *Attorney for Plaintiff*

SUTIN, THAYER & BROWNE APC

By  /s/ Mariposa Padilla Sivage
        Mariposa Padilla Sivage
P.O. Box 1945
Albuquerque, New Mexico 87103
(505) 883-3433
mps@sutinfirm.com
*Attorneys for Defendant Westcor Land Title Company*


BUTT, THORNTON & BAEHR, P.C.

By  /s/ Michael P. Clemens
        Michael P. Clemens
P.O. Box 3170
Albuquerque, N.M. 87190
(505) 884-0777
mpclemens@btblaw.com;
*Attorneys for Defendant CWS Marketing Group, Inc.*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Charles K. Purcell
        Charles K. Purcell
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
kpurcell@rodey.com
*Attorneys for Defendant*
*The Accurate Group of Texas, LLC*