NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS–EL PASO

CASE NUMBER:

Plaintiff(s)

v.

**STATEMENT OF CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to
Magistrate Judges Only)

Defendant(s).

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS
INITIALLY ASSIGNED PURSUANT TO STANDING ORDER            **

In accordance with Standing Order Number 001, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil

matter has been assigned to Magistrate _____. All parties to the above-captioned civil

matter are to select one of the following two options and return the Consent Form to Consents_EP@txwd.uscourts.gov or mail

to Clerk's Office, Attention: Consents, U.S. District Court, 525 Magoffin Ave., Suite 105, El Paso, TX  79901-2578, within 30

days from the date the Consent Form was sent. **Do not e-file this completed form in the case.**  This Consent Form was sent on

_____.

☐    The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing
Order 19-1, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals
in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C.
§ 636(c)(3).

☐    The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the
assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive
consequences.

| Name of Counsel (**OR** Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)